*Lewis Curtis et al.* v. *David Leavitt et al.* W. C. Noyes & B. F. Butler, for appellants; G. N. Titus & M. T. Reynolds, for respondents. Appeal by complainants from a decision of the vice chancellor of the first circuit, denying their application to amend their bill. Order appealed from affirmed with costs.